UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sailor Music, et al | CASE NO: 1:99-cv-02381 |
| | JUDGE CHRISTOPHER A. BOYKO |
| vs. | |
| | ORDER OF POSSESSION |
| Bridge Street Investments, Inc. and Joanne Simon | |

On January 28, 2000, this Court entered a judgment in the amount of $18,000 against defendants Bridge Street Investments, Inc. and Joanne Simon.  A Writ of Execution against defendant Joanne Simon was entered on July 12, 2000.  The Writ was returned executed by the U.S. Marshal on August 29th 2000.

On May 3, 2006 the Clerk's Office received a check in the amount of $115.84 from FirstMerit Bank NA in connection with garnishment proceedings against Joanne Simon.

Counsel for Plaintiffs has requested that the funds be released to their firm (See Attached Letter).  The Clerk's Office will release the funds to Plaintiff's counsel.

IT IS SO ORDERED.

_____
JUDGE CHRISTOPHER A. BOYKO
United States District Court

June 13, 2007

# Baker Hostetler

Baker&Hostetler LLP

3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485

T 216.621.0200
F 216.696.0740
www.bakerlaw.com

June 4, 2007

Christina J. Moser
direct dial: 216.861.7818
cmoser@bakerlaw.com

**VIA HAND DELIVERY**

Geri M. Smith
Clerk, Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Re: <u>Sailor Music, et al. v. Bridge Street Investments, Case No. 1:99 CV 2381</u>

Dear Ms. Smith:

We have been notified that the Clerk's Office received $115.84 (receipt no. 14660000906) from First Merit Bank in connection with <u>garnishment proceedings</u> against Joanne Simon, defendant in the above-referenced matter. On behalf of the plaintiffs, please release the funds to this firm. Per my discussions with Ms. Yota of your office, I am enclosing a copy of the Consent Judgment previously entered in this matter.

Should you require any further information, please do not hesitate to contact me at the telephone number listed above.

Sincerely,

Christina J. Moser

CJM/cjm

Enclosure

cc: ASCAP
Deborah A. Wilcox, Esq.